IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SALLY D.,[1]

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

No. 3:18-cv-00458-SB

OPINION AND ORDER

**MOSMAN, J.,**

On April 19, 2019, Magistrate Judge Stacie F. Beckerman issued her Findings and Recommendation (F&R) [17], recommending that the Commissioner's decision be REVERSED and REMANDED for an award of benefits. No objections were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party or parties in this case

court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Beckerman's recommendation and I ADOPT the F&R [17] as my own opinion. The Commissioner's decision is REVERSED and this case is REMANDED for an award of benefits.

IT IS SO ORDERED.

DATED this 24 day of May, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge