Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SALLY MARIE DUCKWORTH,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | 3:18-cv-00458-SB<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $17,644.50 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293. The attorney fee of $3,205.44 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this  26th  day of  May , 2020.

Stacie F. Beckerman
United States Magistrate Judge